IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BERT NAVA,

      Plaintiff,                    No. CIV S-11-3379 MCE EFB P

  vs.

HAGWOOD, et al.,

      Defendants.         <u>ORDER</u>

_____/

      Plaintiff proceeds pro se with this civil action. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has submitted the affidavit required by § 1915(a), but he did not respond to all of the questions asked therein. The affidavit is therefore incomplete.

      To proceed with a civil action, a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or properly request leave to proceed *in forma pauperis* and submit a completed affidavit as required by 28 U.S.C. § 1915(a).

////

////

////

1

1   Accordingly, plaintiff has 30 days from the date of service of this order to submit either
2 the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail
3 to plaintiff a form application for leave to proceed *in forma pauperis*.  Failure to comply with
4 this order will result in a recommendation that this action be dismissed.
5   SO ORDERED.
6 DATED:  May 7, 2012.

                                                         _____
                                                         EDMUND F. BRENNAN
                                                         UNITED STATES MAGISTRATE JUDGE