1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY BERT NAVA,

11            Plaintiff,                    No. CIV S-11-3379 MCE EFB P

12        vs.

13   HAGWOOD, et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16        Plaintiff proceeds pro se with this civil action.  This proceeding was referred to this court

17   by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).   Plaintiff seeks leave to proceed *in forma*

18   *pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted the affidavit required by

19   § 1915(a), but he did not respond to all of the questions asked therein.  The affidavit is therefore

20   incomplete.

21        To proceed with a civil action, a plaintiff must pay the $350 filing fee required by 28

22   U.S.C. § 1914(a) or properly request leave to proceed *in forma pauperis* and submit a completed

23   affidavit as required by 28 U.S.C. § 1915(a).

24   ////

25   ////

26   ////

1

1    Accordingly, plaintiff has 30 days from the date of service of this order to submit either

2  the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail

3  to plaintiff a form application for leave to proceed *in forma pauperis*.  Failure to comply with

4  this order will result in a recommendation that this action be dismissed.

5    SO ORDERED.

6  DATED:  May 7, 2012.

7                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26