IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BERT NAVA,

      Plaintiff,                       No. 2:11-cv-3379 MCE EFB P

      vs.

HAGWOOD, et al.,

      Defendants.               FINDINGS AND RECOMMENDATIONS

_____/

      Plaintiff proceeds pro se with this civil action. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). On May 7, 2012, the court found that plaintiff had failed to pay the filing fee required by 28 U.S.C. § 1914(a) or to properly request leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). Plaintiff was granted thirty days in which to pay the filing fee or file a completed application to proceed *in forma pauperis* and was warned that failure to comply would result in this action being dismissed.

      The 30-day period has expired and plaintiff has not paid the filing fee, filed a completed *in forma pauperis* application, or otherwise responded to the court's order.

////

////

////

1

1   Accordingly, it is hereby RECOMMENDED that this action be dismissed without
2 prejudice.
3   These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 Dated:  June 18, 2012.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE